IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAN PATRICK McCAUL, <br><br> Plaintiff, <br><br> vs. <br><br> FIRST MONTANA BANK, INC., (a Montana corporation), CHRIS duToit, and DOES 1 through 10, <br><br> Defendants. | CV 17-41-BU-BMM-JCL <br><br><br> ORDER |

The parties have filed a Stipulation for Dismissal with Prejudice signed by counsel for all parties. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed, and the dismissal is effective upon the filing of the stipulation without a Court order. Furthermore, pursuant to the terms of the stipulation, the dismissal is with prejudice. Fed. R. Civ. P. 41(a)(1)(B).

Therefore, the Clerk of Court is directed to modify the docket to reflect this case is dismissed with prejudice and closed, with each party to bear their own costs and attorney fees.

IT IS SO ORDERED.

DATED this 13th day of November, 2018.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1